UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary L. Harnan, | Civil No. 10-554 (ADM/JJG) |
| Plaintiff, | |
| v. | |
| University of St. Thomas, | **NOTICE OF PRETRIAL CONFERENCE** |
| Defendant. | |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a pretrial conference will be held on **Friday, April 16, 2010, at 10:00 a.m., in Chambers – Room 342**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota  55101, before United States Magistrate Judge Jeanne Graham.

Counsel who will be trying the case should make every effort to present at the conference.  If this is not possible, substitute counsel should be arranged.  If counsel is outside of the Twin Cities area and wishes to appear by telephone, please **contact me by phone** at 651-848-1890 **prior to the pretrial conference** to make arrangements.

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel shall meet before the scheduled pretrial conference and jointly prepare and file a complete written report of the Rule 26(f) meeting at least **one week** prior to the Pretrial Conference.  The report shall include the information set forth in the attached format for Rule 26(f) reports for pretrial conferences before Magistrate Judge Graham.


Dated:  March 13, 2010           s/ *Judith M. Kirby*
                                 JUDITH M. KIRBY
                                 Judicial Assistant/Calendar Clerk for
                                 JEANNE J. GRAHAM, U.S. Magistrate Judge

Attachment

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Name(s) of Plaintiff(s),

    Plaintiff(s),

v.

Name(s) of Defendant(s),

    Defendant(s).

CIVIL FILE NO. *

**RULE 26(f) REPORT**

  The parties/counsel identified below participated in the meeting required by Fed.R.Civ.P. 26(f), on _____, 20__, and prepared the following report.

  The pretrial conference in this matter is scheduled for _____, 20__ at _____, by telephone, before United States Magistrate Judge Jeanne J. Graham.

  _____ shall appear for the plaintiff(s).  The telephone number is _____.

  _____ shall appear for the defendant(s).  The telephone number is _____.

**DESCRIPTION OF CASE**

    1.  Concise Factual Summary of Plaintiff's Claims;

    2.  Concise Factual Summary of Defendant's claims/defenses;

    3.  Statement of Jurisdiction (including statutory citations);

    4.  Summary of Factual Stipulations or Agreements;

    5.  Statement of whether jury trial has been timely demanded by any party.

    6.      Statement of whether all process has been served.

    7.      List all insurance carriers/indemnitors, including limits of coverage of each defendant or statement that the defendant is self-insured.

**DISCOVERY SCHEDULE/DEADLINES**

    1.      All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before _____.

    2.      Fact discovery shall be commenced in time to be completed on or before _____.

**DISCOVERY LIMITATIONS**

    1.      No more than a total of _____ interrogatories, counted in accordance with Rule 33(a), shall be served by each side.  No more than _____ document requests and no more than _____ requests for admissions shall be served by each side.

    2.      No more than _____ depositions, excluding expert witness depositions, shall be taken by either side.

    3.      (If applicable) No more than _____ Rule 35 Medical Examinations shall be taken by Defendant and completed by _____.

    4.      List any issues relating to disclosure or discovery of electronically stored information, including the form(s) in which it should be produced if discoverable.

**EXPERTS**

The parties anticipate that they <u>will/will not</u> require expert witnesses at time of trial.

    1.      Each side may call up to ____ expert witnesses. Accordingly, each party may take one deposition per expert.

    2.      Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

      a.      Identities by Plaintiff on or before _____.
              Reports by Plaintiff on or before _____.

      b.      Identities by Defendant on or before _____.
              Reports by Defendant on or before _____.

3. Expert discovery, including depositions, shall be completed by _____.

**NON-DISPOSITIVE MOTION DEADLINES**

1. All motions which seek to amend the pleadings or to add parties must be filed and served on or before _____.

2. Except as indicated in paragraph 4, non-dispositive motions and supporting documents, including those which relate to fact discovery, shall be filed and served on or before _____.

3. Motions which seek to amend the pleadings to include punitive damages, if applicable, must be filed and served on or before _____.

4. All non-dispositive motions and supporting documents which relate to expert discovery shall be filed and served on or before _____.

**DISPOSITIVE MOTION DEADLINES**

All dispositive motions shall be filed and served (and heard or scheduled, depending on District Judge assigned) on or before _____.

**SETTLEMENT**

1. The parties will discuss settlement before _____, the date of the initial pretrial conference, by the plaintiff making a written demand for settlement and each defendant making a written response/offer to the plaintiff's demand.

2. The parties believe that a settlement conference is appropriate and should be scheduled to be held by the Court before _____.

3. The parties have discussed whether alternative dispute resolution (ADR) will be helpful to the resolution of this case and recommend the following to the Court: _____

**TRIAL**

1. Trial by Magistrate Judge

    The parties have/have not agreed to consent to jurisdiction by the Magistrate Judge pursuant to Title 28, United States Code, Section 636(c). (If the parties agree, the consent should be filed with the Clerk of Court.)

2. This case shall be ready for trial on _____. The anticipated length of (bench/jury) trial is ____ days.

DATE: _____     _____
                                  Plaintiff's Counsel
                                  License #
                                  Address
                                  Phone #

DATE: _____     _____
                                  Defendant's Counsel
                                  License #
                                  Address
                                  Phone #