UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Harnan,

           Plaintiff,

vs.

University of St. Thomas,

           Defendant.

Court File No: 10-0554(ADM/JJG)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedures, it is hereby stipulated by and between the parties, by their undersigned attorneys, that the above-described action will be dismissed with prejudice and on the merits, including all claims which were raised or which could have been raised in the above-captioned action, and all claims for attorneys' fees, costs, disbursements and sanctions.

Plaintiff and Defendant further stipulate and agree that without further notice, an Order for Dismissal with Prejudice of the above-captioned action may be entered hereon without costs, disbursements or attorneys' fees to any party.

1

**STIPULATED AND AGREED TO BY:**

Dated: 5/18/11

s/ Phyllis Karasov
Phyllis Karasov, #53788
Of MOORE, COSTELLO & HART, PLLP
Suite 1400
55 East Fifth Street
St. Paul, Minnesota 55101-1792
Phone: (651)602-2649
Fax: (651) 602-2670

**Attorneys for Defendant
University of St. Thomas**

Dated: 5/18/11

s/ Joni M. Thome
Joni M. Thome #232087
Matthew S. Nolan, #0390132
Frances E. Baillon #028425X
Of HALUNEN & ASSOCIATES
1650 IDS Center
80 South Eighth Street
Minneapolis MN 55402
Phone: (612) 605-4098
Fax: (612) 605-4099

**Attorneys for Plaintiff Mary Harnan**

1154586.1