UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No: 10-0554(ADM/JJG)

Mary Harnan,

    Plaintiff,

vs.

**ORDER FOR DISMISSAL WITH PREJUDICE**

University of St. Thomas,

    Defendant.

## ORDER

The parties to the above-captioned matter having agreed to the dismissal of all claims that were or that could have been asserted in the above-captioned action with prejudice,

**IT IS ORDERED**:

That all of Plaintiff's claims be and hereby are dismissed with prejudice and without costs, disbursements, attorneys' fees, or sanctions to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 18, 2011

BY THE COURT:

s/Ann D. Montgomery

_____

Honorable Ann D. Montgomery
United States District Court

1154166.1