AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Mary Harnan,

     Plaintiff,   **JUDGMENT IN A CIVIL CASE**

V.

            Case Number:  10-0554(ADM/JJG)

University of St. Thomas,

     Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
all of Plaintiff's claims be and hereby are dismissed with prejudice and without costs, disbursements, attorneys' fees, or sanctions to any party.

| May 19, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/  M. Price |
| (By) | M. Price   Deputy Clerk |